# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF OHIO
# EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | |
| | : | 2:21-cr-239 |
| Plaintiff, | : | JUDGE WATSON |
| v. | : | |
| | : | |
| KEVIN LOREN DANIELS, | : | |
| | : | |
| Defendant. | : | |

## UNITED STATES' NOTICE OF COMPLETED FORFEITURE

The United States of America hereby notifies the Court that the Bureau of Alcohol, Tobacco, Firearms, and Explosives ("ATF") completed the non-judicial (administrative) forfeiture of the property identified in the Forfeiture Allegation of the Indictment (Doc. 18) returned in this case. More particularly, the ATF, in accordance with the law, administratively forfeited the following property (*see* Exhibit A):

> A loaded Springfield XD40, .40 caliber handgun, bearing Serial Number XD461091, including all ammunition.

Therefore, the United States respectfully notifies the Court that it will not require further judicial forfeiture action or ancillary hearings to accomplish the forfeiture and/or disposal of the property subject to forfeiture in this case.

Respectfully submitted,

KENNETH L. PARKER
United States Attorney

s/Sheila G. Lafferty
SHEILA G. LAFFERTY (0042554)
Assistant United States Attorney
Attorney for Plaintiff
303 Marconi Boulevard, Suite 200
Columbus, Ohio 43215
(614) 469-5715
Sheila.Lafferty@usdoj.gov

2

**CERTIFICATE OF SERVICE**

I hereby certify that on the 29th day of March 2022, a copy of the foregoing Notice of Completed Forfeiture was electronically filed and served on all attorneys of record using the Court's CM/ECF system.

s/Sheila G. Lafferty  
SHEILA G. LAFFERTY (0042554)  
Assistant United States Attorney