FILED
RICHARD W. NAGEL
CLERK OF COURT
2022 APR 27 PM 12:50
U.S. DISTRICT COURT
SOUTHERN DIST. OHIO
EAST DIV. COLUMBUS

Dear Judge Watson

my name is Kevin Daniels I'm writing you this letter in regards to my Court appointed lawyer Susan pettit She is no longer representing me on my case because I told her she was fired and I ask that the Assistant U.S. attorney Sheila Lafferty do not discuss any of my case information or any plea deals that I never gave miss Susan Pettit Permission to do I was Scheduled for a hearing for new Counsel april 20, 2022 but was vacated by susan pettit an the us attorney miss pettit has been acting on and making decisions on my case without consulting with me even after I explained She is no longer representing me. So your honor I'm begging the courts to please provide me new Counsel this is my Second atempt to ask the courts for diffrent Counsel and take miss pettit of my case. thank you for your time and enjoy the rest of your day your honor

Case # 2:21-cr-00239

Kevin Daniels
2460 Jackson Pike
Columbus, Oh

COLUMBUS OH 430
25 APR 2022 PM 2 L

ATTN Judge Watson
Room 121
Clerk of Courts
85 marconi blvd
Columbus, Ohio
43215