# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF OHIO
## EASTERN DIVISION

United States of America,

    Plaintiff,

v.

Kevin Loren Daniels,

    Defendant.

Case No. 2:21cr239

Judge Michael H. Watson

## ORDER

The Court held a hearing on Tuesday, May 10, 2022. Pursuant to the hearing, Susan Pettit is withdrawn as attorney, and David Devillers is **APPOINTED** as CJA counsel to represent the above named defendant in any further proceedings.

**IT IS SO ORDERED.**

_____
Michael H. Watson, Judge
United States District Court

1